# Exhibit 1

✉ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
EFFINGHAM COUNTY, GEORGIA
**SUCV2023000200**
P
DEC 04, 2023 05:49 PM

Jason E. Bragg, Clerk
Effingham County, Georgia

IN THE SUPERIOR COURT OF EFFINGHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RICHARD TYLER VANNEWHOUSE <br> And <br> RICHRD KIRK VANNEWHOUSE <br> Plaintiffs, <br> vs. <br><br> EFFINGAHM COUNTY BOARD OF COMMISSIONERS, JIMMY MCDUFFIE, in his capacity as Sheriff of Effingham County, Georgia, Deputy Zachary Brooks, individually and in his official capacity as deputy of Effingham County; Deputy Sgt. Max Barber; individually and in his official capacity as deputy of Effingham County; Deputy Steve Davis, individually and in his official capacity as deputy of Effingham County and deputy John Preston Morris, III, individually and official capacity as deputy of Effingham County, <br><br> Defendants. | CIVIL ACTION <br> NO.: _____ |

## COMPLAINT

**COME NOW**, Plaintiffs, *RICHARD TYLER VANNEWHOUSE and RICHARD KIRK VANNEWHOUSE* and file this their Complaint against Defendants showing this honorable Court the following:

### PARTIES, JURISDICTION AND VENUE

1.

Plaintiff, RICHARD KIRK VANNEWHOUSE is a resident of Rincon, Effingham County Georgia, residing at 226 Rose Hill Drive, East, Rincon, Georgia.

2.

Plaintiff, RICHARD TYLER VANNEWHOUSE is a resident of Rincon, Effingham County Georgia, residing at 226 Rose Hill Drive, East, Rincon, Georgia.

3.

Defendant, the Effingham County Board of Commissioners ("hereinafrer referred to as Effingham County") is an entity capable of suing and being sued. Effingham County may be served with process through personal service on the Chairman at Large of the Effingham County Board of Commissioners, Mr. Wesley Corbit, at 804 South Laurel Street, Springfield, Effingham County, Georgia, 31329.

4.

Defendant JIMMY MCDUFFIE is the elected Sheriff of Effingham County at the date and time when the arrests described herein underlying Plaintiffs' Complaint occurred. He may be served with process at 502 W. First Street, Springfield, Georgia, 31329.

5.

The events described herein underlying Plaintiff's Complaint occurred in Effingham County, Georgia.

6.

Jurisdiction and venue are proper in this Court.

FACTUAL ALLEGATIONS

7.

Deputies of the Effingham County Sheriff's Department were dispatched to the neighborhood of Effingham County to investigate a vehicle following another". Deputy Zachary Brooks identified the individual being sought for questioning as Richard Tyler VanNewhouse.

8.

Upon entering the property of Defendant Richard Kirk VanNewhouse ("Kirk") several law enforcement personnel questioned him about the location of Defendant Richard Tyler VanNewhouse ("Tyler"), Kirk's son, and his son's white van. Kirk responded truthfully to questions posed to him by law enforcement about his son's location.

9.

Deputy Brooks described in his police report that Kirk refused to assist law enforcement's efforts to detain Tyler and refused to convey to Tyler the deputies' lawful orders, so Kirk was arrested for obstruction.

10.

Law enforcement personnel located Tyler's van on the Defendants' property, spoke with Tyler on a cell phone and could identify his position by a light Tyler carried.

11.

Multiple Effingham County deputies proceeded to Tyler who did not attempt to run, escape or evade them. Deputy Morris deployed his K-9, which bit Tyler repeatedly. Tyler was beaten by several Effingham County deputies after he was handcuffed and taken into custody.

12.

Defendant Richard Kirk VanNewhouse was arrested and taken to the Effingham Conty Jail where he spent the night. He was released on a bond the next day.

13.

Defendant Richard Tyler VanNewhouse was taken to the Effingham County hospital for treatment of his injuries, then transferred to the Effingham County Jail. Tyler spent thirty-one days in jail before being released on bond.

PLAINTIFF RICHARD TYLER NEWHOUSE'S CLAIM

## COUNT I – EXCESSIVE FORCE

14.

Defendants acted under the color of state law to deprive Plaintiff of certain rights protected under the Fourth and Fourteenth Amendments to the United States Constitution including, but not limited to, the right to be free from unreasonable searches and seizures and the right not to be deprived of liberty without due process of the law.

15.

Defendant Effingham County deputies utilized unreasonable, excessive force in executing the arrest of RICHARD TYLER VANNEWHOUSE. Effingham County deputies Zachary Brooks, Steve Davis and Deputy Sgt. Max Barber beat Tyler after he was handcuffed and under their control. Deputy Morris displayed his K-9, which bit Defendant Richard Tyler VanNewhouse repeatedly on the foot and lower extremity, causing severe injuries.

16.

As a direct and proximate result of the violation of Plaintiff's constitutional rights by Defendant deputies Brooks, Davis, Morris and Deputy Sgt. Barber, Plaintiff Richard Tyler VanNewhouse suffered general and special damages as set forth herein.

17.

The conduct of the Defendant Effingham County deputies Brooks, Davis, Morris and Deputy Sgt. Barber was willful, malicious, oppressive and/or reckless, and was of such a nature that punitive damages should be imposed in an amount commensurate with the wrongful acts alleged herein.

## CLAIMS OF BOTH PLAINTIFF'S RICHARD TYLER VANNEWHOUSE AND RICHARD KIRK VANNEWHOUSE
## COUNT II – EMOTIONAL DISTRESS

18.

The actions of the Defendant Effingham County deputies who arrested Plaintiff Richard Tyler VanNewhouse were extreme and outrageous, especially with regard to the deployment of a K-9, permitting it to bite and chew Tyler's foot and the physical beating administered by Defendant Effingham County deputies.

19.

The actions of Defendant Effingham County deputies in executing the arrest of the Plaintiff were without warning or provocation, wanton and reckless and have caused Plaintiff emotional distress for which Defendants are liable.

## COUNT III – NEGLIGENT TRAINING AND/OR SUPERVISION

20.

Defendant SHERIFF JIMMY MCDUFFIE and Effingham County failed to adequately train, supervise and discipline Defendants Effingham County deputies Zachary Brooks, Steve Davis, John Preston Morris, III and Deputy Sgt. Max Barber who were, at all times relevant herein, were employed as deputies of the Effingham County Sheriff.

21.

As a proximate result of Defendant SHERIFF JIMMY MCDUFFIE and Effingham County's failure to properly and reasonably train, supervise and discipline the law enforcement personnel who arrested Plaintiffs, those law enforcement personnel were allowed to engineer the illegal arrest ad detention of the Plaintiffs thereby causing them harm.

## COUNT IV – FAILURE TO IMPLEMENT APPROPRIATE POLICES, CUSTOMS AND PRACTICES RESULTING IN CIVIL RIGHTS VIOLATIONS

22.

Defendant SHERIFF JIMMY MCDUFFIE, in his capacity as Sheriff of Effingham County, and Defendant EFFINGHAM COUNTY explicitly or implicitly adopted and implemented careless and reckless policies, customs, or practices that included, among other things, allowing employees of the Effingham County Sheriff's Department to engage in behavior inappropriate for law enforcement officers, including permitting the actions described in this complaint and permitting law enforcement personnel to utilize excessive force in the apprehension of suspects without proper training as to these matters and in such a way as to cause harm to citizens without lawful justification.

23.

The failure of Defendant SHERIFF JIMMY MCDUFFIE, in his capacity as Sheriff of Effingham County, and Defendant EFFINGHAM COUNTY to adequately train and supervise those law enforcement officers for whom they are responsible let to their willingness to engage in conduct that violated the rights of the Defendants under the Fourth, and/or Fourteenth Amendments to the Constitution of the United States.

24.

As a result of this deliberate indifference to the Plaintiffs' rights, Plaintiffs suffered injuries and are entitled to relief.

25.

In committing the acts complained of herein, Defendants acted under color of state law to deprive Plaintiffs, as alleged herein, of certain constitutionally protected rights including, but not limited to the right to be free from unreasonable searches and seizures and the right not to be deprived of liberty without due process of law by persons acting under the color of state law.

## COUNT V – FALSE SWEARING

26.

Upon information and belief, Defendants Deputies Zachary Brooks, John Preston Morris, III and Deputy Sgt. Max Barber knowingly and willfully made false statements in the official reports that they filed or approved after having arrested the Plaintiff.

27.

The false statements made by Defendants Deputies Zachary Brooks, John Preston Morris, III and Deputy Sgt. Max Barber were created knowingly and intentionally to mask their illegal conduct committed during the apprehension and arrest of Plaintiff, Richard Tyler VanNewhouse.

## COUNT VI - RESPONDENT SUPERIOR

28.

As a proximate result of the negligent and/or intentional acts of Defendant Effingham County deputies Brooks, Davis, Morris and Deputy Sgt. Barber as described herein, Plaintiffs have suffered harm.

29.

Effingham County and Defendant SHERIFF JIMMY MCDUFFIE in his official capacity as Sheriff of Effingham County, Georgia, is responsible for such negligent and/or intentional acts and omissions of these deputies and subordinates committed within the scope of their employment, which acts and omissions constitute torts against the Plaintiffs and/or violation of state and/or federal constitutional rights of the Plaintiffs.

## COUNT VII – PUNITIVE DAMAGES

30.

As described herein, the conduct of the Defendants showed willful misconduct, malice, fraud, wantonness, oppression or that entire want of care

which would raise the presumption of conscious indifference to the consequences.

31.

Plaintiffs are entitled to punitive damages on their claims solely to punish, penalize, or deter the Defendants.

## COUNT VIII - ATTORNEY'S FEES PURSUANT TO STATE LAW

32.

Defendants were acting under the color of sate law at the time they caused injury and harm to Plaintiff.

33.

In addition to the violation of Plaintiffs' civil rights as guaranteed by the Fourth and Fourteenth Amendments to the U. S. Constitution, Defendants have violated Plaintiffs' civil rights as guaranteed by the Constitution of the State of Georgia and have committed various state law torts against Plaintiffs entitling them to recovery of attorney's fees.

34.

Plaintiffs are therefore entitled to a reasonable allowance for attorney's fees as part of their costs.

## PLAINTIFF RICHARD KIRK VNANEWHOUSE'S CLAIM
## COUNT IX – WRONGFUL ARREST

35.

While Defendant RICHARD KIRK VANNEWHOUSE disputes Effingham Deputy Zachary Brooks recitation of that which transpired between KIRK and the Effingham deputies who came to KIRK's residence looking for KIRK's son, Deputy Barber's explanation for KIRK's arrest simply fails to contain any facts to justify that arrest.

36.

Neither Effingham Deputy Brooks nor any other Effingham deputies who were present at KIRK's residence were obstructed by KIRK, nor did any of such Effingham deputies recognize that KIRK had no legal duty to summon Tyler nor to convey the deputies' order to him.

WHEREFORE, Plaintiff prays:

a) That summons and process be issued and served upon Defendants;
b) For a trial by jury;
c) That Plaintiffs be awarded a proper sum to compensate them for the damages and harm caused to them;
d) That the Plaintiffs recover attorney's fees from the Defendants under applicable law;
e) That the Plaintiffs be awarded punitive damages on their claims in an amount sufficient to punish and deter Defendants; and
f) For such other and further relief as this Court deems just and proper.

Respectfully submitted this 4th day of December, 2023.

*Craig Bonnell*

_____
Craig S. Bonnell
GA Bar No.: 067267

Craig S. Bonnell
GA Bar No. 067267
P.O. Box 2421
Rincon, GA 31326
Phone: (912) 826-4440
Email: craigbonnelllawfirm@gmail.com

# SUPERIOR COURT OF EFFINGHAM COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  SUCV2023000200

VanNewhouse, Richard Tyler
VanNewhouse, Richard Kirk

**PLAINTIFF**

VS.

Board of Commissioners, Effingham
McDuffie, Jimmy
Brooks, Zachary
Barber, Max
Davis, Steve
Morris, John Preston, III

**DEFENDANTS**

**SUMMONS**

TO: BOARD OF COMMISSIONERS, EFFINGHAM

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Craig S Bonnell**
**Craig S. Bonnell, Attorney & Counselor At Law**
**P.O. Box 2421**
**207B N. Columbia Ave**
**Rincon, Georgia 31326**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of December, 2023.**

Clerk of Superior Court

_____
Jason E. Bragg, Clerk
Effingham County, Georgia

Page 1 of 1

# SUPERIOR COURT OF EFFINGHAM COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER SUCV2023000200

VanNewhouse, Richard Tyler
VanNewhouse, Richard Kirk

**PLAINTIFF**

VS.

Board of Commissioners, Effingham
McDuffie, Jimmy
Brooks, Zachary
Barber, Max
Davis, Steve
Morris, John Preston, III

**DEFENDANTS**

### SUMMONS

TO: MCDUFFIE, JIMMY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Craig S Bonnell**
> **Craig S. Bonnell, Attorney & Counselor At Law**
> **P.O. Box 2421**
> **207B N. Columbia Ave**
> **Rincon, Georgia 31326**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of December, 2023.**

Clerk of Superior Court

Jason E. Bragg, Clerk
Effingham County, Georgia

Page 1 of 1

# SUPERIOR COURT OF EFFINGHAM COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER SUCV2023000200

VanNewhouse, Richard Tyler
VanNewhouse, Richard Kirk

**PLAINTIFF**

**VS.**

Board of Commissioners, Effingham
McDuffie, Jimmy
Brooks, Zachary
Barber, Max
Davis, Steve
Morris, John Preston, III

**DEFENDANTS**

**SUMMONS**

TO: BROOKS, ZACHARY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

>   Craig S Bonnell
>   Craig S. Bonnell, Attorney & Counselor At Law
>   P.O. Box 2421
>   207B N. Columbia Ave
>   Rincon, Georgia 31326

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of December, 2023.**

Clerk of Superior Court

_____
Jason E. Bragg, Clerk
Effingham County, Georgia

# SUPERIOR COURT OF EFFINGHAM COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  SUCV2023000200

VanNewhouse, Richard Tyler
VanNewhouse, Richard Kirk

**PLAINTIFF**

VS.

Board of Commissioners, Effingham
McDuffie, Jimmy
Brooks, Zachary
Barber, Max
Davis, Steve
Morris, John Preston, III

**DEFENDANTS**

## SUMMONS

TO: BARBER, MAX

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Craig S Bonnell
> Craig S. Bonnell, Attorney & Counselor At Law
> P.O. Box 2421
> 207B N. Columbia Ave
> Rincon, Georgia 31326

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of December, 2023.**

Clerk of Superior Court

Jason E. Bragg, Clerk
Effingham County, Georgia

Page 1 of 1

# SUPERIOR COURT OF EFFINGHAM COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  SUCV2023000200

VanNewhouse, Richard Tyler
VanNewhouse, Richard Kirk

**PLAINTIFF**

VS.

Board of Commissioners, Effingham
McDuffie, Jimmy
Brooks, Zachary
Barber, Max
Davis, Steve
Morris, John Preston, III

**DEFENDANTS**

## SUMMONS

TO: DAVIS, STEVE

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Craig S Bonnell**
**Craig S. Bonnell, Attorney & Counselor At Law**
**P.O. Box 2421**
**207B N. Columbia Ave**
**Rincon, Georgia 31326**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of December, 2023.**

Clerk of Superior Court

_____
Jason E. Bragg, Clerk
Effingham County, Georgia

Page 1 of 1

# SUPERIOR COURT OF EFFINGHAM COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER SUCV2023000200

VanNewhouse, Richard Tyler
VanNewhouse, Richard Kirk

**PLAINTIFF**

VS.

Board of Commissioners, Effingham
McDuffie, Jimmy
Brooks, Zachary
Barber, Max
Davis, Steve
Morris, John Preston, III

**DEFENDANTS**

## SUMMONS

TO: MORRIS, JOHN PRESTON, III

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Craig S Bonnell**
> **Craig S. Bonnell, Attorney & Counselor At Law**
> **P.O. Box 2421**
> **207B N. Columbia Ave**
> **Rincon, Georgia 31326**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of December, 2023.**

Clerk of Superior Court

_Jason E. Bragg_
Jason E. Bragg, Clerk
Effingham County, Georgia

**General Civil and Domestic Relations Case Filing Information Form**

☑ **Superior** or ☐ **State Court of** Effingham **County**

*EFILED IN OFFICE*
*CLERK OF SUPERIOR COURT*
*EFFINGHAM COUNTY, GEORGIA*
**SUCV2023000200**
**P**
DEC 04, 2023 05:49 PM

*Jason E. Bragg, Clerk*
*Effingham County, Georgia*

| For Clerk Use Only | |
|---|---|
| Date Filed 12-04-2023 | Case Number SUCV2023000200 |
| MM-DD-YYYY | |

### Plaintiff(s)

| VanNewhouse, Richard Tyler | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| VanNewhouse, Richard Kirk | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

### Defendant(s)

| Board of Commissioners, Effingham | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| McDuffie, Jimmy | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Brooks, Zachary | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Barber, Max | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Bonnell, Craig S    **Bar Number** 067267    **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

| General Civil Cases | Domestic Relations Cases |
|---|---|
| ☐ Automobile Tort | ☐ Adoption |
| ☐ Civil Appeal | ☐ Contempt |
| ☐ Contract | ☐ Non-payment of child support, medical support, or alimony |
| ☐ Contempt/Modification/Other Post-Judgment | ☐ Dissolution/Divorce/Separate Maintenance/Alimony |
| ☐ Garnishment | ☐ Family Violence Petition |
| ☐ General Tort | ☐ Modification |
| ☐ Habeas Corpus | ☐ Custody/Parenting Time/Visitation |
| ☐ Injunction/Mandamus/Other Writ | ☐ Paternity/Legitimation |
| ☐ Landlord/Tenant | ☐ Support – IV-D |
| ☐ Medical Malpractice Tort | ☐ Support – Private (non-IV-D) |
| ☐ Product Liability Tort | ☐ Other Domestic Relations |
| ☐ Real Property | |
| ☐ Restraining Petition | |
| ☑ Other General Civil | |

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20