UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| RICHARD TYLER VANNEWHOUSE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV424-006 |
| SHERIFF JIMMY MCDUFFIE, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court previously noted that plaintiffs' former counsel, Mr. Craig S. Bonnell, was suspended from the practice of law by the Supreme Court of Georgia. *See* doc. 28. The Court held a conference on July 18, 2024 to ascertain the plaintiffs' intentions concerning their representation in this case. *See id.* at 2. The Court also stayed all deadlines pending that conference. *Id.* The Court and the parties conferred on July 18 and the plaintiffs, respectively, confirmed their intent to proceed *pro se*. The parties also disclosed to the Court that certain preliminary matters, including the exchange of initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), remained

outstanding.  In order to afford the parties an opportunity to address those matters, the Court **DIRECTS** the parties to confer, pursuant to Federal Rule 26(f) and submit a new report.  The parties are **DIRECTED** to submit that Report by no later than August 1, 2024.  At that time, the Court will enter an Amended Scheduling Order for further proceedings in this case.

    **SO ORDERED**, this 18th day of July, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA